United States District Court

Western District of Kentucky

Bowling Green, Kentucky

Civil Action 1:07CV27-R

**FILED**
JEFFREY A. APPERSON, CLERK
MAR 0 8 2007
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

William   Lee   Hood
Plaintiff

v

Baker Hughes Tool Company Inc employees and directors
Atlantic rich field company
US Banks and national city Banks, employees and directors
City of Scottsville, Kentucky
Motion for this court to enforce
Voluntary dismissal settlement filed
in this action pursuant to FRCP 41 (a)
and enforceable pursuant to Kokk, tah v
Guardian Life Insurance company
U.S ——— because the voluntary
dismissal settlement in this action retain
authority to enforce



(1).

William Lee Hood Prose plaintiff to all own Baker Hughes Toal Company Inc, Atlantic Richfield Company, (now) US Banks, National City Banks for much years William Lee Hood Prose plaintiff settle this parti 1987 in a Federal Courts in Keith Oward Hughes jr Okio Ky 2 Louisville 1987) as summary judgement settled these parts all own to William Lee Hood Prose plaintiff. Civil Action 7:00CL-557VC a federal judge of this district Granted a voluntary dismissal, motion to the nation pursuant to F.R.cp 10 provided this all own these companys to William Lee Hood Prose plaintiff and people has no own in these companys no file suit in a federal court Shall v maginahauk — F.3d—

and those other orders

That order has Claim Preclusion in this action

Baker Group L.L.C. v Ballinger (CA8NO) 451 F.3 d 484.

*One of those Courts*

William Lee Hood prose plaintiff will
own Baker Hughes+oal company Inc,
U S Banks, national+fy Banks,
Atlantacrichfield, micasoft
isboss Hallyb meger U. S.
William Lee Hood prose Plaintiff Move
this court pursuant to F.R.cp 56 to grant
a summary judgement to this part, finding
no case or controversy Enforcing the
voluntary dismissel settlement in this action
William Lee Hood Prose Plaintiff owns
these companys for many years
grant a permeant injunction enforcing
this voluntary dismissal settlement
Liles v Decatur o35 of 3d742 746(2003)
Order granting a injunction enjoyning other
litigation in other courts.
Vickie Turner has sign S.S.I checks for
William Lee Hood Prose Plaintiff and

and receiving medical center be given
William Lee Hood pro se plaintiff has
brought false proceedings concerning
domestic violance first dismissed in
Allen District courts 1985 and other
people pursuant mach to that action
has forge deeds on Kentucky state Bank
Scottsville, Kentucky 42164 (& now) US Bank
Scottsville, Kentucky 42164 mach a pattern
of racketering 18 U.S.C. 1962 and actionable
Pursuant to 18 U.S.C. 1964 (2001 ed.)
the proximate cause of the injury
William Lee Hood pro se plaintiff believes this
Satisfies RMZ et al v Ideal Steel Supply
Corp 547 U.S. ___ (2006)
and not like the United states supreme
courts rule in Phillip Morris USA v Oragg etc
547 U.S. ___ (2007)
non Parties not affected with actionable
the alleged employees and directors in

(5)

Baker Hughes Tool company, US Banks national City Banks, Atlantic richfield company, Microsoft, has since 1987 where a Federal Courts including United States court of Appeals for 10th. Circuit order this money and property all over to William Lee Hood pro se Plaintiff in Settlement and Judge Jesse James Rogers can have and Sign order(s) to help this settlement enforced and Printed orders are accepted.

and because filing fees are due those extra Federal courts order no filing fee needed to enforce this settlement and other Federal courts orders about this Banking.

the employees and directors has caused mail fraud involving William Lee Hood pro se plaintiff all own Baker Hughes Tool company, US Banks, national city Banks Atlantic richfield company, Microsoft since 1987.

(6)

action.

This is much reason for court to order injunction engaging employees and directors in Baker Hughes Tool Company Inc, US Banks National City Banks, Atlantic richfield Company, microsoft from their forgery and mail fraud pursuant to FRCP 56 finding no case or controversy and FRCP 65 for issueing a injunction and enjoyned iqrelated litigation

(2) William Lee Hood prose plaintiff More this court to find no case or controversy that the city of Scottsville Kentucky has since 1987 violated a federal court order includeing United States Court of Appeals for 6th. a t cuit order settlment William Lee Hood prose plaintiff all own Baker Hughes Tool Company Inc, US Banks, National City Banks, Atlantic richfield Company, microsoft letting forgery of deeds and mail fraud go on

A Federal crimes and telling false charges beas on veil oh Lee Hood prose plaintiff sezivilian Lee Hood prose Plaintiff believes there is no Court rence procedure available in City of scottsville, Kentucky h oll do correct this and a Federal District Court to correct those crimes, and enforce this voluntary dismissal settlement retain authority to enforce and grant a Permanent injunction engaging the city of scottsville, Kentucky from these false charges, forgery and hair fraud Pursuant to 18 USC 1962 (3) (amend) and 18 USC 1964 (amend) 42 USC 1983 FRCP 56, FRep 65

Cura America Relity v Kandinow 331 F3d 999 (2003)

" — has of Delaware Law of Corporation " nether Plaintiff was a shareholder and thash as the requisite standing of the property of this action as result

(7)

the grant summary judgement to the
defendants claim of breach of fid, dutys
duties.

This court can grant a injunction from
A.L.B v Express — U.S — (1941)

William Lee Hood prose plaintiff move to
be granted the relief sought in this part (2)

(3) William Lee Hood prose plaintiff move
not to be bothered from city of Scottsville
Kentucky while getting change from people
because of A clu v City of Las vegas
— F 3d — (9th circuit october 20, 2006)
no, 05 -15667.

held solization statutes content based
and un constitutional.

this court make a ruling on this
Part (3)

Conclusion

William Lee Hood prose plaintiff move
this court to grant this motion for
enforcement of the voluntary dismissal

(7)

in Parts 1-3 in this D ation for enforcement
of the ... dismissal settlement
and retain authority to enforce.

... Guarding life Insurance
Company — U.S. —

the United States court of Appeals for 6th
... Tribe et al v Croatia
... f.3d — January 9, 2007 no. 5 — 9607

A Federal court enforcing Consent judgment
has to make demand determinations and ... 
... evidence.

on ... 6, 2007. William Lee Hood
A copy of this  William Lee Hood pro se Plaintiff
... serve mail t/o
defendants

Ken Keith
administrator of
Scottsville Manor
854 North 4th Street
Scottsville, Kentucky
42164



FROM: Lee Roork
"Jon Keith
administraton
Scottsville in and
BiroorD it
Street
Scottsville
Kentucky
42166,

TO: Clerk of United States District Court
Federal Building
Bowling Green, Kentucky
42101

42101